## William C. Niblack, Receiver, Appellee, v. Golsen-Doan Coal Company, Appellant.

### Gen. No. 22,777.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. FRANK H. GRAHAM, Judge, presiding. Heard in this court at the October term, 1916. Reversed and judgment here. Opinion filed March 26, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by William C. Niblack, as receiver of the La Salle Street Trust & Savings Bank, plaintiff, against Golsen-Doan Coal Company, defendant, to recover on a promissory note executed by the defendant. From a judgment for plaintiff for $2,256.67, on a directed verdict, defendant appeals.

The decision in this case is governed by the decision in the case of *Niblack v. Feldman, ante,* p. 443.

POMEROY & MARTIN, for appellant.

HIRAM T. GILBERT and JUDAH, WILLARD, WOLF & REICHMANN, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.